1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC., a California corporation, | |
| Plaintiff, | CASE NO. 2:18-cv-03502-JFW-AGR |
| v. | **AMENDED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| SWEDSAFE AB, a Swedish company, | |
| Defendant. | |

The Court having read and reviewed the parties' Stipulation for Consent Judgment and Permanent Injunction, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.    Moldex owns the bright green trademark used with Moldex's earplug products as shown in Exhibit 1 hereto (the "Green Color Trademark").

2.    SwedSafe offers for sale, sells, exports to, advertises and/or markets earplug products with bright green colors, examples of which are shown in Exhibit 2 (the "Accused Products") in the United States.

3.    Moldex's Green Color Trademark is valid and enforceable with respect to all past, present, and future SwedSafe bright green earplug products, and is infringed by the Accused Products in the United States, which are likely to cause confusion in the United States.

4.    SwedSafe acknowledges that Moldex's Green Color Trademark has been marketed for over 35 years and has acquired secondary meaning among buyers

of bright green earplugs in the United States as a source identifier for Moldex's earplugs and distinguishes Moldex's earplugs from the earplugs sold by others.

5.      Except as provided in the confidential Settlement Agreement between the parties, SwedSafe and its officers, directors, agents, servants, employees, attorneys, assignees, and all persons or entities in active concert or participation with, through, or under SwedSafe are hereby permanently enjoined from knowingly, directly or indirectly, (1) making (or having made for them),offering to sell, selling, exporting, importing, advertising and/or marketing the Accused Products and any other earplugs comprised in whole or in part of a bright green color that is likely to cause confusion with Moldex's Green Color Trademark in the United States; and (2) assisting, aiding, or abetting any other person or entity in or performing any of the activities referred to in (1).

6.      This Court shall retains jurisdiction of this action for the sole purpose of enforcing this Consent Judgment and Permanent Injunction.

7.      Each party to this Action shall pay its own attorneys' fees and costs in connection with the resolution of this Action.  In any action to remedy, prevent or obtain relief under this Consent Judgement and Permanent Injunction, the prevailing Party shall be awarded his, her, or its reasonable attorneys' fees and costs.

8.      No appeal shall be taken by any party from this Consent Judgment and Permanent Injunction, the right to appeal being expressly waived by all parties.

9.      To the extent not specifically addressed herein, all claims, counterclaims, and affirmative defenses are dismissed with prejudice.  This Consent Judgment and Permanent Injunction concludes this action.

The Clerk is directed to enter this Consent Judgment and Permanent Injunction without further notice.

1 | DATED: June 20, 2019

By: _____

2 |  Hon. John F. Walter
    United States District Judge

3 |

4 |

5 |

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

CASE NO. 2:18-cv-03502-JFW-AGR
AMENDED CONSENT JUDGMENT
AND PERMANENT INJUNCTION

# EXHIBIT 1



Exhibit 1: Sample of Moldex earplugs with "Green Color Trademark" Moldex Purafit earplugs

"PURAFIT"

# EXHIBIT 2





Exhibit 2:
Samples of SwedSafe's
250003 UVEX/standard lime plugs

**EXHIBIT    2**

Samples of SwedSafe's Accused
Products



